■ In the Matter of DAVID RHODES, Petitioner, v JOHN B. LEMPKE, Superintendent, Five Points Correctional Facility, Respondent. [872 NYS2d 306]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered April 4, 2008) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB A. GARDNER, Appellant. [873 NYS2d 230]—Appeal from a resentence of the Monroe County Court (John R. Schwartz, A.J.), rendered July 18, 2006. Defendant was resentenced to a determinate term of incarceration of 12 years and a five-year period of postrelease supervision upon his conviction of attempted kidnapping in the second degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.